IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID THOMAS LEONHART | ) |
|       Petitioner, | ) |
| | ) |
|   vs. | ) Civil Action No. 09-269 E |
| | ) Magistrate Judge Maureen P. Kelly |
| PA BOARD OF PROBATION/PAROLE, | ) |
| THE ATTORNEY GENERAL OF THE | ) |
| STATE OF PENNSYLVANIA, THE | ) |
| DISTRICT ATTORNEY OF THE COUNTY | ) |
| OF CRAWFORD, | ) |
|       Respondents. | ) |

## ORDER

And now this 3d day of March 2012, the Petition for Writ of Habeas Corpus is hereby DENIED.  A Certificate of Appealability is likewise DENIED.  The Clerk is to mark the case closed.

          /s/Maureen P. Kelly
          Maureen P. Kelly
          United States Magistrate Judge

cc:    David Thomas Leonhart
       GD-3475
       SCI Albion
       10745 RT 18
       Albion, PA 16475

       All counsel of record via CM/ECF