# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID THOMAS LEONHART<br>　　　　Petitioner,<br><br>　　vs.<br><br>PA BOARD OF PROBATION/PAROLE,<br>THE ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA, THE<br>DISTRICT ATTORNEY OF THE COUNTY<br>OF CRAWFORD,<br>　　　　Respondents. | Civil Action No. 09-269 E<br>Magistrate Judge Maureen P. Kelly |

## ORDER

And now this 3d day of March 2012, the Petition for Writ of Habeas Corpus is hereby DENIED. A Certificate of Appealability is likewise DENIED. The Clerk is to mark the case closed.

　　　　　　　　　　　　　　　　　　/s/Maureen P. Kelly
　　　　　　　　　　　　　　　　　　Maureen P. Kelly
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　David Thomas Leonhart
　　　　GD-3475
　　　　SCI Albion
　　　　10745 RT 18
　　　　Albion, PA 16475

　　　　All counsel of record via CM/ECF